**Willie May BAKER**

v.

**John MORAN.**

**No. 81–154–M.P.**

Supreme Court of Rhode Island.

June 25, 1981.

John F. Cicilline, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., for respondent.

### ORDER

The petition for writ of habeas corpus is denied as moot.